IsraeL Moore et al., Respondents, v. Douglas Washburn, Appellant.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.